1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ADVANCED ORTHOPEDIC          Case No. 2:24-cv-09237-AH-(RAOx)
    CENTER INC,

12                Plaintiff,      **FINAL JUDGMENT**

13  v.

14  LAKESIDE MEDICAL
15  ORGANIZATION,

16                Defendants.

17

18

19       For the reasons stated in the separate order of dismissal entered on February 3,

20  2025, this action is dismissed with prejudice.

21       This is a final judgment.

22

23  Dated:  February 6, 2024

24                                      HON. ANNE HWANG
                                        UNITED STATES DISTRICT JUDGE
25

26

27

28