# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ORTHOPEDIC CENTER INC, <br><br> Plaintiff, <br><br> v. <br><br> LAKESIDE MEDICAL ORGANIZATION, <br><br> Defendants. | Case No. 2:24-cv-09237-AH-(RAOx) <br><br> **AMENDED FINAL JUDGMENT** |

For the reasons stated in the separate order of dismissal, this action is dismissed without prejudice.

This is a final judgment.

Dated: February 13, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE